# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                  CASE NOS.  5:02cr8-RH/WCS
                                                                                          5:04cv41-RH/WCS

MICHAEL RAY ALFORD,

      Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 125) and the objections thereto (document 126). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 111) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 11th day of September, 2007.

                                                                 s/Robert L. Hinkle
                                                                 Chief United States District Judge